# EXHIBIT A

**Glazer Spine Center**
**Patient:** Patricia Jones
**Provider:** Dr. Shelby Glazer, DC

**DOB:** ▮▮▮▮▮▮▮

**Visit:** 12/22/2023 10:30AM

**Sex:** F

**Chart:** ▮▮▮▮▮▮▮

# Disability Certificate :

**Patient Name:** Patricia Jones
**Date of Birth:** ▮▮▮▮▮▮▮
**Today's Date:** 12/22/2023
**Date of Injury:** 10.3.23

I have examined and/or treated the above named patient for injuries sustained on 10.3.23. As a result of said injuries, *I have disabled Patricia Jones from the following activities, with a start date of 12.22.23 and an end date of 01.22.24 est., or until her next appointment.*

**Diagnosis:**

Cervical Sprain/Strain, Cervical Closed Dislocation(s), Cervical Radiculopathy, Lumbar Sprain/Strain, Lumbar Closed Dislocation(s), Lumbar Radiculopathy, Thoracic Closed Dislocation(s), Muscle Spasm, Closed Head Injury, Shoulder Injury, Cervical Disc Herniation(s), Cervical Disc Bulge, Lumbar Disc Bulge, Thoracic Disc Herniation(s)

**- Work Restrictions:** Patricia Jones is restricted from certain workplace duties/activities, as follows: no standing for periods longer than 1 hour without a break, no bending, lifting, or twisting, no sitting extended periods without a break Reduce work hours

**- Household Disability:** As some housework may involve bending, lifting, twisting, and prolonged standing (i.e. vacuuming, making beds, yard work, cooking, washing floors, sinks, bathtubs, toilets, moving furniture, picking up items from floor, carrying garbage or groceries, etc.) it is my opinion that Patricia Jones cannot do housework and has been disabled based on the start and end dates listed above, or until her next appointment.

**- Recreational Activities:** Patricia Jones should not engage, or attempt to engage, in activities that would aggravate her underlying condition by lifting, reaching, excessive bending, twisting, turning, or prolonged standing or sitting (i.e. running, climbing, biking, wrestling, etc.)

*Electronically Signed By: Dr. Shelby Glazer, MI Lic. No. ▮▮▮▮▮▮▮▮*
*12/22/2023 10:30AM*