# EXHIBIT B




# CITY OF DETROIT
## POLICE DEPARTMENT

# S. TAYLOR
POLICE OFFICER
BDG #3728

313.596.5331 | TAYLORS542@DETROITMI.GOV | 3RD PCT
2875 W. GRAND BLVD • DETROIT, MI 48202

