# EXHIBIT C

CITY OF DETROIT
PO BOX 1280
OAKS, PA 19456-1280

CDDIGIE9

0022 019726

1 of 3

| TO PROVIDE INSURANCE INFORMATION ONLINE PLEASE VISIT **HTTPS://DETROIT.PAYAMBULANCE.COM** | | |
|---|---|---|
| INVOICE DATE **10/16/23** | PAY THIS AMOUNT **$461.50** | INVOICE # ▆▆▆ |

SHOW AMOUNT PAID HERE: $_____

DDETRNPP  DETR-79590   553154103

||ılıılılıılılıılılılılılılıılılıılılıllılııılıılılllılı

PATRICIA JONES

▆▆▆▆▆▆▆▆▆▆▆

**SEND PAYMENT TO**

CITY OF DETROIT
PO BOX 33165
DETROIT, MI 48232-5165

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on the reverse side.

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

# I N V O I C E

N #: 1

| PATIENT NAME | INVOICE # | INCIDENT # | INVOICE DATE |
|---|---|---|---|
| PATRICIA JONES | ▆▆▆ | ▆▆▆ | 10/16/23 |

| ORIGIN: | DESTINATION: |
|---|---|
| PICK UP FROM SCENE ▆▆▆ DETROIT, MI 48208 | DMC DETROIT RECEIVING HOSPITAL 4201 ST ANTOINE DETROIT, MI 48201 |

| DATE OF SERVICE | DESCRIPTION OF SERVICES PERFORMED | RATE | QTY | CHARGE | PAYMENTS & ADJUST. |
|---|---|---|---|---|---|
| 10/03/23 | A0429  BLS EMERGENCY | $450.00 | 1.0 | $450.00 | |
| 10/03/23 | A0425  MILEAGE | $11.50 | 1.0 | $11.50 | |

| WE HAVE BEEN UNABLE TO OBTAIN YOUR AUTO LIABILITY INSURANCE. PLEASE FORWARD YOUR AUTO LIABILITY INSURANCE.  IF YOU DO NOT HAVE INSURANCE, YOUR PAYMENT OF THIS BALANCE IS APPRECIATED.  THANK YOU. | BALANCE DUE UPON RECEIPT OF THIS INVOICE: | $461.50 |
|---|---|---|

PLEASE FORWARD YOUR INSURANCE INFORMATION OR REMIT PAYMENT IN FULL UPON RECEIPT OF THIS INVOICE.

FOR INQUIRIES CALL (877)-469-4890 MON-FRI (9AM-5PM EST) OR EMAIL DETROIT@PAYAMBULANCE.COM

**CITY OF DETROIT**
PO BOX 1280
OAKS, PA 19456-1280

CDDIGIE9

**SEE ENCLOSED DOCUMENTS**

Date:                          10/16/23
Phone #:                   877-469-4890
Confirmation Number:

DDETRNPP    553154103

PATRICIA JONES

Detroit MI 48207-3275

**City of Detroit**
**Notice of Privacy Practices**

**IMPORTANT: THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND**
**DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**
**PLEASE REVIEW IT CAREFULLY.**

Emergency Medical Services Division (EMS) of the Detroit Fire Department is committed to protecting your personal health information. We are required by law to maintain the privacy of health information that could reasonably be used to identify you, known as "protected health information" or "PHI." We are also required by law to provide you with the attached detailed Notice of Privacy Practices ("Notice") explaining our legal duties and privacy practices with respect to your PHI.

We respect your privacy, and treat all healthcare information about our patients with care under strict policies of confidentiality that our staff is committed to following at all times.

PLEASE READ THE ATTACHED DETAILED NOTICE. IF YOU HAVE ANY QUESTIONS ABOUT IT, PLEASE CONTACT Emergency Medical Services Division (EMS) of the Detroit Fire Department, OUR HIPAA COMPLIANCE OFFICER, AT 313-596-5180.

CONTINUED ON THE REVERSE SIDE

## Uses and Disclosures of Your PHI That Require Your Written Consent

Any other use or disclosure of PHI, other than those listed above, will only be made with your written authorization (the authorization must specifically identify the information we seek to use or disclose, as well as when and how we seek to use or disclose it). Specifically, we must obtain your written authorization before using or disclosing your: (a) psychotherapy notes, other than for the purpose of carrying out our own treatment, payment or health care operations purposes, (b) PHI for marketing when we receive payment to make a marketing communication; or (c) PHI when engaging in a sale of your PHI. **You may revoke your authorization at any time, in writing, except to the extent that we have already used or disclosed medical information in reliance on that authorization.**

## Your Rights Regarding Your PHI

As a patient, you have a number of rights with respect to your PHI, including:

***Right to access, copy or inspect your PHI.*** You have the right to inspect and copy most of the medical information that we collect and maintain about you. Requests for access to your PHI should be made in writing to our HIPAA Compliance Officer. In limited circumstances, we may deny you access to your medical information, and you may appeal certain types of denials. We have available forms to request access to your PHI, and we will provide a written response if we deny you access and let you know your appeal rights. If you wish to inspect and copy your medical information, you should contact Emergency Medical Services Division (EMS) of the Detroit Fire Department HIPAA Compliance Officer.

We will normally provide you with access to this information within 30 days of your written request. If we maintain your medical information in electronic format, then you have a right to obtain a copy of that information in an electronic format. In addition, if you request that we transmit a copy of your PHI directly to another person, we will do so provided your request is in writing, signed by you (or your representative), and you clearly identify the designated person and where to send the copy of your PHI.

We may also charge you a reasonable cost-based fee for providing you access to your PHI, subject to the limits of applicable state law.

***Rights to request an amendment of your PHI.*** You have the right to ask us to amend protected health information that we maintain about you. Requests for amendments to your PHI should be made in writing and you should contact Emergency Medical Services Division (EMS) of the Detroit Fire Department HIPAA Compliance Officer if you wish to make a request for amendment and fill out an amendment request form.

When required by law to do so, we will amend your information within 60 days of your request and will notify you when we have amended the information. We are permitted by law to deny your request to amend your medical information in certain circumstances, such as when we believe that the information you have asked us to amend is correct.

***Right to request an accounting of uses and disclosures of your PHI.*** You may request an accounting from us of disclosures of your medical information. If you wish to request an accounting of disclosures of your PHI that are subject to the accounting requirement, you should contact Emergency Medical Services Division (EMS) of the Detroit Fire Department HIPAA Compliance Officer and make the request in writing.

You have the right to receive an accounting of certain disclosures of your PHI made within six (6) years immediately preceding your request. But, we are not required to provide you with an accounting of disclosures of your PHI: (a) for purposes of treatment, payment, or healthcare operations; (b) for disclosures that you expressly authorized; (c) disclosures made to you, your family or friends, or (d) for disclosures made for law enforcement or certain other governmental purposes.

***Right to request restrictions on uses and disclosures of your PHI.*** You have the right to request that we restrict how we use and disclose your medical information for treatment, payment, or healthcare operations purposes, or to restrict the information that is provided to family, friends and other individuals involved in your healthcare. However, we are only required to abide by a requested restriction under limited circumstances, and it is generally our policy that we will not agree to any restrictions unless required by law to do so. If you wish to request a restriction on the use or disclosure of your PHI, you should contact Emergency Medical Services Division (EMS) of the Detroit Fire Department HIPAA Compliance Officer and make a request in writing.

Emergency Medical Services Division (EMS) of the Detroit Fire is required to abide by a requested restriction when you ask that we not release PHI to your health plan (insurer) about a service for which you (or someone on your behalf) have paid Emergency Medical Services Division (EMS) of the Detroit Fire Department in full. We are also required to abide by any restrictions that we agree to. Notwithstanding, if you request a restriction that we agree to, and the information you asked us to restrict is needed to provide you with emergency treatment, then we may disclose the PHI to a healthcare provider to provide you with emergency treatment.

A restriction may be terminated if you agree to or request the termination. Most current restrictions may also be terminated by Emergency Medical Services Division (EMS) of the Detroit Fire Department as long as we notify you. If so, PHI that is created or received after the restriction is terminated is no longer subject to the restriction. But, PHI that was restricted prior to the notice to you voiding the restriction  must continue to  be treated as restricted PHI.

***Right to notice of a breach of unsecured protected health information.*** If we discover that there has  been a breach of your unsecured PHI, we will notify you about that breach by first-class mail dispatched to the most recent address that we have on file. If you prefer to be notified about the breaches by electronic mail, please contact Emergency Medical Services Division (EMS) of the Detroit Fire Department to make aware of this preference and to provide a valid email address to send the electronic notice. You may withdraw your agreement to receive notice by email at any time by contacting Emergency Medical Services Division (EMS) of the Detroit Fire Department.

***Right to request confidential communications.*** You have the right to request that we send your PHI to an alternate location (e.g., somewhere other than your home address) or in a specific manner (e.g., by email rather than regular mail). However, we will only comply with reasonable requests when required by law to do so. If you wish to request that we communicate PHI to a specific location or in a specific format, you should contact Emergency Medical Services Division (EMS) of the Detroit Fire Department HIPAA Compliance Officer and make the request in writing.

## Internet. Email and the Right to Obtain Copy of Paper Notice

If we maintain a web site, we will prominently post a copy of this Notice on our web site and make the Notice available electronically through the web site. If you allow us, we will forward you this Notice by electronic email instead of on paper and you may always request a paper copy of the Notice.

CONTINUED ON THE REVERSE SIDE