# EXHIBIT I

**HAMERSKI,KINGA,LMSW**

██████████████████

**MONROE, MI 48162-4489**

**Phone:** ████████████

**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ████████████
**Therapy Follow-Up - 12/12/2023**

**Patient Present** Yes

**Accompanied By:**

☐ Spouse ☐ Mother ☐ Stepmother ☐ Adult Child(ren)

☐ Partner ☐ Father ☐ Stepfather ☐ Guardian

Other:

**Informed consent for treatment obtained and patient questions answered to fullest extent** Yes

**Modality** Individual

**HPI/Session Summary**

Patricia consented to the telehealth session today through Advanced MD EHR due to the COVID 19 pandemic. Patricia is at home.
Patricia processed her stressors: sleep issues, anxiety, and pain issues.
The Dr. Joan Rosenberg Grief Reset Protocol was applied by Patrica to her process of anticipated grief surrounding her mother's health declines. The Grief Rosenberg Reset consists of processing specific losses associated with anticipatory grief: the painful experiences, what one deserved and did not get (acknowledgment, support), what never was (facts, circumstances, missed opportunities), and what may never be (accepting that certain changes or response may never come). Reflect by recognizing an important high-impact memory to reconcile with. Inquired more deeply making sense of Patrica's life story by understanding the impact, the importance, and the meaning or significance of the experience across time and how the experience shaped Patricia in her perspective or personality. Patrica explored and extracted positive learnings and growth. The therapist used paraphrasing, clarification, normalization, empathy, validation, and nonjudgmental positive regard.

**Therapeutic Interventions in Session**

Supportive Therapy. Narrative Therapy, Trauma-informed Therapy, Grief Work.

**Other Treatments and Coping Plans**

Signed: Kinga Hamerski 12/12/2023 11:49 PM     Rakesh Amin 12/14/2023 9:18 AM     Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Follow-Up - 12/12/2023**

**Current Medications (Psychiatric Note)**

\*\*\*\*

**Pertinent Past Medical, Psychiatric, Family & Social History**

No interim changes

Signed:    Kinga Hamerski 12/12/2023 11:49 PM          Rakesh Amin 12/14/2023 9:18 AM          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** █████████
**Therapy Follow-Up - 12/12/2023**

**PFSH Summary:**

**Substance Use (Alcohol, Marijuana, Caffeine, etc.):**

**Smoking Status:**

Non-smoker

Usage per day:                    Number of years:

Vaping:

Other Smoking in the Home:

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                          **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                             **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮
**Therapy Follow-Up - 12/12/2023**

****

## Risk / Protective Assessment

**Suicidal or Homicidal Ideation**

Patient denies

**Select all of the risk factors that are applicable:**

**Select all of the protective factors that are applicable:**

Signed:    Kinga Hamerski 12/12/2023 11:49 PM          Rakesh Amin 12/14/2023 9:18 AM          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                         **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                            **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮▮▮
**Therapy Follow-Up - 12/12/2023**

**Mental Status Exam**                         Patient is present

## Current Mental Status

| | |
|---|---|
| Orientation | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Fair |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception | Unremarkable |

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                       **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Follow-Up - 12/12/2023**

Functional Status:                    Intact

Comments:

\*\*\*\*

**Are you providing services under supervisory protocol?**

No

**Formulation/Case Conceptualization**

Depression symptoms onset since 2015 most of the day nearly every day including a depressed mood, negativistic thinking patterns, Dwelling ruminating (emotional avoidance behaviors) anhedonia, low energy, fatigued and sleep issues going to sleep around 10:00 PM waking up at three o'clock, and not being able to get back to sleep. Of hopelessness due to dealing with many different situations at one time. Patricia denied having any current or suicidal thoughts urges behaviors or plans Patricia reported anxious distress symptoms including mind not shutting off nervousness come waking up in a state of panic including racing heart rate, and shortness of breath. Stressors include issues of Social Security, health issues including autoimmune skin conditions, hypertension, and anemia.

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Follow-Up - 12/12/2023**

**ICD-10 Diagnosis Codes**
Code          ... (Continued: in Endnote 2)

**Did you add DX to the box above?**

No

**Charge Codes**

LMSW/LLMSW
Telehealth

✓    **Telehealth visit, informed consent obtained and patient location verified.**

Individual Therapy

| **Start Time** | **End Time** | **Total Time** |
|---|---|---|
| 4:00 pm | 4:51 pm | 51 |

❒    **90832T**    Telehealth Individual Psychotherapy; 16-37 minutes with patient and/or family. Patient must be present for all or some of the services.

✓    **90834T**    Telehealth Individual Psychotherapy; 38-52 minutes with the patient and/or family. Patient must be present for all or some of the serviec

❒    **90837T**    Telehealth Individual Psychotherapy; 53+ minutes with patient and./or family. Patient must be present for all or some of the services

Signed:    Kinga Hamerski 12/12/2023 11:49 PM          Rakesh Amin 12/14/2023 9:18 AM          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Follow-Up - 12/12/2023**

\*\*\*\*

**Patient Instructions:**

Followup Plan, Referrals and Adjunct Treatment:

Patricia will attend therapy appointments as scheduled.

Signed:    Kinga Hamerski 12/12/2023 11:49 PM          Rakesh Amin 12/14/2023 9:18 AM          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Follow-Up - 12/12/2023**

---

**Patient has the capacity to benefit from the treatment plan. Treatment goal written with consideration of strengths.**

Yes

**Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.**

Yes

### Presenting Problem #1

Depressive symptoms include low mood, low energy, fatigue and anhedonia sleep issues, Hopelessness, and negativistic thinking patterns.

**Specify:** **Severity:**

**Functional Impact:**

### Treatment Goals for Problem #1

reduce or manage depressive symptoms negative thinking patterns and dwelling. ruminating (emotional avoidance) behaviors that reinforce the cycle of depression.

### Objectives:

| | | | |
|---|---|---|---|
| **1a.** | Reduce frequency/intensity/duration of depression symptoms by 75% per self-report | ❏ | Met |
| **1b.** | Identify, implement and consistently perform self-care and stress management routine for at least 75% of the week | ❏ | Met |
| **1c.** | Reduce Ruminating/dwelling (emotional avoidance) behaviors by at least 75% as evidence of self-report | ❏ | Met |
| **1d.** | Identify, Reconstruct, replace underlining schema which reinforces negativistic thinking patterns on more days than... (Continued: in Endnote 3) | ❏ | Met |
| **1e.** | Learn 2-3 skill to manage mood on more days than not in a week as evidence of self report | ❏ | Met |

### Treatment Model/Interventions:

---

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                          **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                              **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮▮
**Therapy Follow-Up - 12/12/2023**

Treatment: DBT/ACT/INF/Trauma Informed, Grief Work
Intervention:
Learn to recognize and accept, coping with the sign of depression and stress episodes. Apply pacing and task partitioning to reduce overwhelm and overstimulation. Use the diary card or mood chart skill or behavioral log to increase self-awareness of... (Continued: in Endnote 4)

**Anticipated Time Frame to Goal Completion**

6 to 12 months

**Presenting Problem #2**

**Specify:**                          **Severity:**

  **Functional Impact:**

**Treatment Goals for Problem #2**

**Objectives:**

**1a.**                                                     ❏     Met

**1b.**                                                     ❏     Met

**1c.**                                                     ❏     Met

Signed:    Kinga Hamerski 12/12/2023 11:49 PM          Rakesh Amin 12/14/2023 9:18 AM          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▓▓▓▓▓▓▓▓
**Therapy Follow-Up - 12/12/2023**

**1d.** ❒ Met

**1e.** ❒ Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

**Presenting Problem #3**

**Specify:** **Severity:**

**Functional Impact:**

**Treatment Goals for Problem #3**

**Objectives:**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                       **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▇▇▇▇▇▇
**Therapy Follow-Up - 12/12/2023**

**1a.**                                                         ❐    Met

**1b.**                                                         ❐    Met

**1c.**                                                         ❐    Met

**1d.**                                                         ❐    Met

**1e.**                                                         ❐    Met


**Treatment Model/Interventions:**




**Anticipated Time Frame to Goal Completion**




**Presenting Problem #4**




**Specify:**                        **Severity:**



**Functional Impact:**

**Treatment Goals for Problem #4**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                    Phone: (734)621-5277
**MONROE, MI 48162-4489**                        Fax: (734)621-5280

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Follow-Up - 12/12/2023**

**Objectives:**

**1a.**                                                      ❐    Met

**1b.**                                                      ❐    Met

**1c.**                                                      ❐    Met

**1d.**                                                      ❐    Met

**1e.**                                                      ❐    Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

**Presenting Problem #5**

**Specify:**                        **Severity:**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                       **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ██████████
**Therapy Follow-Up - 12/12/2023**
_____

   **Functional Impact:**

**Treatment Goals for Problem #5**

**Objectives:**

**1a.**                                                          ❏   Met

**1b.**                                                          ❏   Met

**1c.**                                                          ❏   Met

**1d.**                                                          ❏   Met

**1e.**                                                          ❏   Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                     **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                         **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ████████
**Therapy Follow-Up - 12/12/2023**

\*\*\*\*

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Follow-Up - 12/12/2023**

**Endnotes**

**(1) Visit Date 12/12/2023 Continued:**
...Processing specific losses associated with anticipatory grief including painful experiences. the ones deserved and didn't receive (acknowledgment and support), what never was including (facts, circumstances, and missed opportunities), and what may never be accepted (certain changes responses may never come). reflect by recognizing a high-impact memory to reconcile with, inquiry more deeply making sense of Patricia's life story by understanding the impact, importance and meaning or significance of the experience across time and how it's influenced Patricia in her perspective, outlook, and personality. Extracting positive learnings and growth from the experience.

**(2) Visit Date 12/12/2023 Continued:**
...         Description
F33.1           MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE


**(3) Visit Date 12/12/2023 Continued:**
... not weekly as evidence of self report

**(4) Visit Date 12/12/2023 Continued:**
...triggers vulnerabilities and track the use of skills, and behavioral activation to effectively manage episodes. identify, reconstruct, and replace underlining schemes, cognitive biases, life rules, and self-talk which reinforces negativistic thinking and stress.

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**
          **Phone: (734)621-5277**
          **Fax: (734)621-5280**

**Jones,Patricia - DOB:** █████
**Therapy Initial - 8/17/2023**

**Patient Present**      Yes
**Accompanied By:**

❒  Spouse      ❒  Mother      ❒  Stepmother      ❒  Adult Child(ren)

❒  Partner      ❒  Father      ❒  Stepfather      ❒  Guardian

      Other:

**Informed consent for treatment obtained and patient questions
answered to fullest extent**      Yes

**Chief Complaint**

Patrica reported. " Feeling depressive symptoms. with anxious distress" associated with Multiple health problems including autoimmune skin disease, anemia, and hypertension.

**Modality**    Individual

**HPI/Session Summary**

Patricia consented to the telehealth session today through advanced MD EHR due to the COVID nineteen pandemic. Patricia lives at home.
Patrica reported depression onset since 2015 most of the day nearly every day including depressed mood, anhedonia, dwelling/ruminating, (emotional avoidance behavior), low energy, fatigue, low negativistic thinking patterns, and sleep issues. going to sleep around 10 waking up at 3 am, not being able to get back to sleep. feelings of hopelessness due to dealing with many different situations at one time. Patrica denied having current any suicidal thoughts urges behaviors plans. Patrica reported being Hospitalized for mental health reasons and he sought medication adjustment. Patricia reported her last hospitalization ... (Continued: in Endnote 1)

**Therapeutic Interventions in Session**

DBT, CBT, Behavior Modification, ACT, Grief Work, Internal Family Systems Therapy, Insight Oriented

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▇▇▇▇▇▇
**Therapy Initial - 8/17/2023**

**Other Treatments and Coping Plans**

**Current Medications (Psychiatric Note)**

Patient Taking Amplify and Xanax.

****

# Past Medical, Psychiatric, Family & Social History

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**History provided by:**    Patricia

**Relationship to patient:**    Self

    Other

❒    **Transportation needs have been assessed.**

❒    **Provider referred for transportation assistance.**

**Prior Suicidal or Homicidal Ideation or Attempt:**

No

**Prior History of Cutting or Self-Harm**

No

**Legal History**

**Current or past legal issues (including parole, probation, arrests):**

No

Signed:    Kinga Hamerski 08/17/2023 9:59 PM        Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                    Phone: (734)621-5277
**MONROE, MI 48162-4489**                        Fax: (734)621-5280

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**Psychsocial History:**
Patricia reports she's widowed no children.
Patricia reported that she is a strange relationship with her elderly mother.
Patricia reported that she served as a caregiver for three Children for her sister.

**Cultural/Ethnic/Spiritual Considerations/Identities**

Patricia reports that she is spiritual..

**Relationship Status**

Widowed

**Current Living Situation/Psychological Stressors**

All persons living in the home and relationship to the patient:

client live alone.

**Trauma History**

Patrica reports that she experienced trauma associated with a work situation and reported that there was a Whistleblower situation. Patricia also reported that she was stopped by police many years ago and searched reporting that need to spend 21 days in jail. Patricia reported that she had to pay a hefty fee which put her in debt that led her to pick up a job which she reports became a point of contention with Social Security because she reports she exceeded the maximum income allowed.

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                       **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**Personal Strengths**

**Gender Identity:**

**Sex Assigned at Birth:**

**Sexual Orientation:**

## Behavioral History

**Past or current outpatient behavioral health treatment:**          Yes

**Provider/When**

❏    **Therapy**

❏    **Med Management**

❏    **Psychological Testing**

❏    **Prior Psychiatric Hospitalization:**

**Additional Behavioral Health History:**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

**History or prior diagnosis of:**        ❏    **Unknown Family History/Adopted**

|  | Self | Family |
|---|---|---|
| **ADD/ADHD** | ❏ | |
| **Anxiety** | ✓ | |
| **Bipolar Disorder** | ❏ | |
| **Depression** | ✓ | |
| **Eating Disorder** | ❏ | |
| **Encopresis/Enuresis** | ❏ | |
| **Hallucinations/Delusions/Paranoia** | ❏ | |
| **Obsessive-Compulsive Disorder** | ❏ | |
| **Panic Attacks** | ❏ | |
| **Personality Disorder** | ❏ | |
| **PTSD/Trauma** | ❏ | |
| **Substance Use/Dependence** | ❏ | |

**Other:**

## Medical History:

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    Phone: (734)621-5277
**MONROE, MI 48162-4489**                                       Fax: (734)621-5280

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

**Primary Care Physician:**

**Name/Phone:**

**Date of last physical exam:**

❒      **Referred to PCP as last physical exam happened more than one year ago.**

**History of prior diagnosis of:**

|  | Self | Family |
|---|---|---|
| **Asthma:** | ❒ | |
| **Cancer** | ❒ | |
| **Concussions/Head Injury** | ❒ | |
| **Diabetes** | ❒ | |
| **Dyslipidemia** | ❒ | |
| **Endocrine Disorder** | ❒ | |
| **Heart Disease** | ❒ | |
| **High Blood Pressure** | ✓ | |
| **Kidney Disease** | ❒ | |
| **Liver Disease** | ❒ | |
| **Seizure** | ❒ | |
| **Stroke** | ❒ | |
| **Thyroid Problems** | ❒ | |

**Other:**            Anemia. Audio immune skin disease

**Additional Details About Treatment of Any of the Above:**

Signed:    Kinga Hamerski 08/17/2023 9:59 PM                          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** █████████
**Therapy Initial - 8/17/2023**

**Additional Past Medical History**

**Alcohol Use:**

Number of times per week:                    Number of drinks:

**Substance Use:**

❐     **No current or past substance use**

|  | **Current**<br>**(last 30 Days)** | **Past Use** |
|---|:---:|:---:|
| **Cannabis/Marijuana** | ❐ | ❐ |
| **Cocaine** | ❐ | ❐ |
| **Prescriptions stimulants** | ❐ | ❐ |
| **Methamphetamine** | ❐ | ❐ |
| **Inhalants** | ❐ | ❐ |
| **Sedatives** | ❐ | ❐ |
| **Hallucinogens** | ❐ | ❐ |
| **Street opioids** | ❐ | ❐ |
| **Prescription opioids** | ❐ | ❐ |

**Other:**

**Additional Substance Use History**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                           **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                              **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

**Smoking Status:**
Non-smoker

Usage per day:                                    Number of years:

Vaping:

Other Smoking in the Home:

**Caffeine:**

**Number of drinks containing caffeine on a typical day:**

**Other Addictive Behaviors:**

**Food/Exercise History:**

**Exercise Frequency:**

**Concerns about eating or exercise habits**

If yes, please specify:

# Educational History

**Highest education completed:**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**          **Phone: (734)621-5277**
**MONROE, MI 48162-4489**            **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

Less than Grade 12, specify grade:

Some College

**Current Student:**

## Occupational History

**Work outside the home:**          Unemployment

**Occupation:**                    **Length of Employment:**

Office work                        4 years

**Number of postions held in the past five years**

**Occupational stressors:**

**Military Experience:**           None

If Other, describe:

Number of deployments              Years in service

Discharge status:

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

****

## Risk / Protective Assessment

**Suicidal or Homicidal Ideation**

Patient denies

**Select all of the risk factors that are applicable:**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                       **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

**Select all of the protective factors that are applicable:**

**Mental Status Exam**                          Patient is present

## Current Mental Status

Orientation                 X3: Oriented to Person, Place, and Time

General Appearance:         Appropriate

Dress:                      Appropriate

Motor Activity:             Unremarkable

Interview Behavior          Appropriate

Speech:                     Normal

Mood:                       Anxious

Affect:                     Appropriate

Insight:                    Good

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

Judgment/Impulse Control:       Fair

Memory:                         Intact

Attention/Concentration:        Good

Thought Process:                Unremarkable

Thought Content:                Appropriate

Perception                      Unremarkable

Functional Status:              Intact

Comments:

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                     **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▓▓▓▓▓
**Therapy Initial - 8/17/2023**

****

**Are you providing services under supervisory protocol?**

No

**Formulation/Case Conceptualization**

Depression symptoms onset since 2015 most of the day nearly every day including a depressed mood, negativistic thinking patterns, Dwelling ruminating (emotional avoidance behaviors) anhedonia, low energy, fatigued and sleep issues going to sleep around 10:00 PM waking up at three o'clock, and not being able to get back to sleep. Of hopelessness due to dealing with many different situations at one time. Patricia denied having any current or suicidal thoughts urges behaviors or plans Patricia reported anxious distress symptoms including mind not shutting off nervousness come waking up in a state of panic including racing heart rate, and shortness of breath. Stressors include issues of Social Security, health issues including autoimmune skin conditions, hypertension, and anemia.

**ICD-10 Diagnosis Codes**

Code          ... (Continued: in Endnote 2)

**Did you add DX to the box above?**

No

**Charge Codes**

LMSW/LLMSW
Telehealth

✓      **Telehealth visit, informed consent obtained and patient location verified.**

Individual Therapy

| Start Time | End Time | Total Time |
|---|---|---|
| 5:01 pm | 6:01 pm | 60 |

Signed:    Kinga Hamerski 08/17/2023 9:59 PM                     Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                              **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                 **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

✓      **90791T**      **Telehealth psychiatric diagnostic evaluation**

❒      **99404T**      **Telehealth EAP Initial**

❒      **90832T**      **16-37 minutes individual therapy session**

❒      **90834T**      **38-52 minutes individual therapy session**

❒      **90837T**      **53+ minute individual therapy session**

****

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ████████
**Therapy Initial - 8/17/2023**

---

**Patient Instructions:**
Followup Plan, Referrals and Adjunct Treatment:

Patricia will attend therapy appointments as scheduled.

**Patient has the capacity to benefit from the treatment plan. Treatment goal written with consideration of strengths.**                     Yes

**Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.**                     Yes

**Presenting Problem #1**

Depressive symptoms include low mood, low energy, fatigue and anhedonia sleep issues, Hopelessness, and negativistic thinking patterns.

**Specify:**                                    **Severity:**

**Functional Impact:**

**Treatment Goals for Problem #1**

reduce or manage depressive symptoms negative thinking patterns and dwelling. ruminating (emotional avoidance) behaviors that reinforce the cycle of depression.

Signed:     Kinga Hamerski 08/17/2023 9:59 PM                                    Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** █████████
**Therapy Initial - 8/17/2023**

**Objectives:**

| | | | |
|---|---|---|---|
| **1a.** | Reduce frequency/intensity/duration of depression symptoms by 75% per self-report | ❐ | Met |
| **1b.** | Identify, implement and consistently perform self-care and stress management routine for at least 75% of the week | ❐ | Met |
| **1c.** | Reduce Ruminating/dwelling (emotional avoidance) behaviors by at least 75% as evidence of self-report | ❐ | Met |
| **1d.** | Identify, Reconstruct, replace underlining schema which reinforces negativistic thinking patterns on more days than... (Continued: in Endnote 3) | ❐ | Met |
| **1e.** | Learn 2-3 skill to manage mood on more days than not in a week as evidence of self report | ❐ | Met |

**Treatment Model/Interventions:**

Treatment: DBT/ACT/INF/Trauma Informed, Grief Work
Intervention:
Learn to recognize and accept, coping with the sign of depression and stress episodes. Apply pacing and task partitioning to reduce overwhelm and overstimulation. Use the diary card or mood chart skill or behavioral log to increase self-awareness of... (Continued: in Endnote 4)

**Anticipated Time Frame to Goal Completion**

6 to 12 months

**Presenting Problem #2**

**Specify:**                              **Severity:**

**Functional Impact:**

Signed:    Kinga Hamerski 08/17/2023 9:59 PM                    Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**Treatment Goals for Problem #2**

**Objectives:**

**1a.**                                                                          ❏     Met

**1b.**                                                                          ❏     Met

**1c.**                                                                          ❏     Met

**1d.**                                                                          ❏     Met

**1e.**                                                                          ❏     Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

**Presenting Problem #3**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                        **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▋▋▋▋▋
**Therapy Initial - 8/17/2023**

**Specify:**                                  **Severity:**

**Functional Impact:**

**Treatment Goals for Problem #3**

**Objectives:**

**1a.**                                                                    ❏   Met

**1b.**                                                                    ❏   Met

**1c.**                                                                    ❏   Met

**1d.**                                                                    ❏   Met

**1e.**                                                                    ❏   Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                              **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                 **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**Presenting Problem #4**

**Specify:**                          **Severity:**

**Functional Impact:**

**Treatment Goals for Problem #4**

**Objectives:**

**1a.**                                                        ❏      Met

**1b.**                                                        ❏      Met

**1c.**                                                        ❏      Met

**1d.**                                                        ❏      Met

**1e.**                                                        ❏      Met

**Treatment Model/Interventions:**

**Anticipated Time Frame to Goal Completion**

Signed:     Kinga Hamerski 08/17/2023 9:59 PM                          Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                          **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                             **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ▮▮▮▮▮▮
**Therapy Initial - 8/17/2023**

**Presenting Problem #5**

**Specify:**                              **Severity:**

**Functional Impact:**

**Treatment Goals for Problem #5**

**Objectives:**

**1a.**                                                    ❏    Met

**1b.**                                                    ❏    Met

**1c.**                                                    ❏    Met

**1d.**                                                    ❏    Met

**1e.**                                                    ❏    Met

**Treatment Model/Interventions:**

Signed:    Kinga Hamerski 08/17/2023 9:59 PM                    Print Date 12/19/2023

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**
**MONROE, MI 48162-4489**

**Phone: (734)621-5277**
**Fax: (734)621-5280**

**Jones,Patricia - DOB:** █████████
**Therapy Initial - 8/17/2023**

**Anticipated Time Frame to Goal Completion**

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                 **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                    **Fax: (734)621-5280**

**Jones,Patricia - DOB:** ███████
**Therapy Initial - 8/17/2023**

****

**HAMERSKI,KINGA,LMSW**
**3751 NORTH DIXIE HIGHWAY**                                    **Phone: (734)621-5277**
**MONROE, MI 48162-4489**                                          **Fax: (734)621-5280**

**Jones,Patricia - DOB:** <span style="background:black;color:black">████████</span>
**Therapy Initial - 8/17/2023**

**Endnotes**

**(1) Visit Date 8/17/2023 Continued:**
...was two hundred and eighteen. Anxiety Symptoms include nervousness, mind not shutting off, waking up in a state of panic including racing heart rate, and shortness of breath. Stressors include Issues with Social Security, health issues Including an autoimmune skin condition (scleroderma), hypertension, and Anemia/ Iron deficiency, wanting to approve a relationship with an estranged elderly mother, Various traumatic episodes.

**(2) Visit Date 8/17/2023 Continued:**
...        Description
F33.1        MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE


**(3) Visit Date 8/17/2023 Continued:**
... not weekly as evidence of self report

**(4) Visit Date 8/17/2023 Continued:**
...triggers vulnerabilities and track the use of skills, and behavioral activation to effectively manage episodes. identify, reconstruct, and replace underlining schemes, cognitive biases, life rules, and self-talk which reinforces negativistic thinking and stress.