# EXHIBIT K

Name: Pat G Jones | Legal Name: Patricia G Jones | DOB: 4/22/1952 | MRN: 036666328 | PCP: Normita D Vicencio, MD

# Letter Details



Department of internal Medicine
Division of Cardiovascular Medicine
(734) 936-9561 Clinical
(888) 287-1082 Toll Free
(734) 763-8075 Fax

3/1/2023

Re: Pat Jones
MRN
DOB:

Dear Dr. Vicencio,

I recently visited with your patient, Pat Jones, at the University of Michigan Pulmonary Hypertension Program. A detailed note from our electronic medical record is attached. Inside you will find the most recent test results along with our recommendations for treatment.
I appreciate the confidence you placed in the University of Michigan Pulmonary Hypertension Program and allowing us to participate in Pat Jones's care. If you have any questions, please do not hesitate to contact us at the Pulmonary Hypertension Clinic 844-3697816 or via M-Line at 800-962-3555.

Sincerely,

Catherine Knight, NP
On behalf of Vallerie V. McLaughlin, MD
Professor of Medicine
Director, Pulmonary Hypertension Program

**Assessment/Plan:**
To place all this in perspective, Pat Jones is a 70 y.o. female with scleroderma who we have followed since 2016 for group 1 pulmonary arterial hypertension related to scleroderma. She has been treated with sildenafil monotherapy. She did not tolerate Opsumit previously due to side effects of chest pain, GI distress, and fatigue. She had previously declined Tyvaso.

Today she reports stable dyspnea. Her hall walk is stable at 381 meters with no desaturation and normal BP and heart rate response. Her RV function is normal on TTE today which is reassuring. We will continue sildenafil, which she is taking 20mg 4 times daily and is tolerating well without side effects. While BNP has trended up slightly, she

appears euvolemic on exam today. Will not change her prn Lasix regimen, however, encouraged close attention to low sodium diet.  Given no hypoxia or hypotension on hall walk today, suspicion that lightheadedness is related to hypoxia or hypotension with exertion is low.

In terms of pulmonary hypertension risk stratification, she would be categorized intermediate risk by the REVEAL Lite 2 methodology, and intermediate-low risk by the Four Strata methodology.

While she is not meeting our goals of low risk, we believe her activity limitations are multifactorial with contributing factors including scleroderma and deconditioning.  CKD also contributes to her PH risk score.

Given normal right ventricular function on today's echocardiogram and previous intolerance to ERA as well as previously declining Tyvaso, we will continue monotherapy with sildenafil

She will follow up with Dr. Kolars, her GI physician regarding elevated ferritin level (ordered by Dr. Kolars).

Her potassium level is elevated at 5.4 today.  Creatinine is stable. I discussed low potassium diet and she will repeat labs at Beaumont in 2 weeks.

She is inquiring about follow up regarding thoracic aortic aneurysm noted on 6/2021 CT scan.  I discussed following up with her PCP for serial scans,however, she prefers follow up at UofM, so will place referral to cardiothoracic surgery.

We will plan to see her back in 6 months with a 6 minute hall walk and laboratory studies.

**Reason for Visit:**
Today, 3/1/2023, I had the pleasure of seeing Pat Jones in the Pulmonary Hypertension Clinic at Michigan Medicine. Ms.Jones is a 70 y.o. female with PAH related to scleroderma who returns for follow up.  She was last seen on 8/31/2022.

**History of Present Illness:**

We first met Pat Jones on 5/5/14 at which time she had mild group 1 pulmonary arterial hypertension related to the scleroderma spectrum of diseases.  Her course has been complicated by multiple admissions related to GI bleeding (secondary to AVMs), chest pain, and dyspnea.  She previously had a right atrial clot and was treated with anticoagulation. Based on a cardiac MRI which no longer demonstrated the clot, anticoagulation was discontinued. She has myopathy and severe esophageal involvement with her scleroderma.

She has been treated with sildenafil monotherapy and RV function had remained normal until May of 2021 at which time echocardiogram showed new right ventricular enlargement and dysfunction. She continued to describe WHO functional class III symptoms of dyspnea.  We recommended repeating right heart catheterization which showed progression of PAH with mean PAP of 43, pulmonary vascular resistance of 6.4 compared with 2016.  She was started on Opsumit,  however, she had significant side effects (fatigue, chest pain), so it was discontinued. We also tried ambrisentan to which she was also intolerant due to chest discomfort and light headedness.  We discussed adding Tyvaso, which Ms. Jones declined due to 4 times daily dosing and potential side effects.

She had COVID infection in October 2021.  In November 2021, she was hospitalized at St. Joe's for GI bleeding. No source was identified on endoscopy and it was presumed that this was due to AVMs, given her history.  She did not require transfusion.

Given intolerance to ERA and given that she has declined inhaled treprosintil, she has remained no monotherapy with sildenafil however has titrated sildenafil to 20 mg 4 times daily. We have not felt that risk benefit ratio favors proceeding with parenteral prostacyclin therapy.
.

**Since Last Visit:**
ED 11/11 for iron infusion
Urgent Care 12/26 Chest tightness..

ED 12/27 CP - suspected GI
Urgent Care 1/8 - stated her PCP was requiring weekly COVID test.  Had tested positive 1/2
1/8 COVID positive
Urgent Care 1/15/23 - COVID test. Negative
ED 1/23 n/v/abd pain. AKI.   IVF, zofran.  Refused admission

Today, Pat tells me her COVID symptoms of chest pain and muscle aches have improved since her January COVID diagnosis.  She feels her breathing is at her baseline. She continues to have limitations related to generalized weakness, myalgias, and decrease range of motion that she relates to scleroderma.  She feels her scleroderma has progressed and will be establishing with a new Rheumatologist at Michigan Medicine.  She remains on sildenafil 20 mg 4 times daily and sometimes takes a 40 mg dose a bedtime.  Sometimes she experiences chest discomfort after taking the higher dose.  She sometimes has mild dyspnea with simple activities of daily living.  She has help with heavier housekeeping tasks.  She is working full time in property management.  While he job is not physically stressful she finds it mentally stressful. She is quite fatigued after working 8 hours and sometimes goes right to bed when she gets home in the evening.  Some days she becomes short of breath walking from a parking spot right outside the building, in to her office.   I would currently characterize her as World Health Organization Functional Class 3.  She continues to have episodes of chest fullness which is relieved with taking a prn dose of Lasix which she estimates is about every 2 weeks. She also has occasional pedal edema which improved with elevation.  Her appetite is poor.  Weight today is stable.  She has been eating potato chips regularly recently.  She sleeps with her head elevated due to GERD and denies PND.  She has ongoing episodes of lightheadedness with exertion.

**PH Studies**:
**ECG:**   Normal sinus rhythm, anterolateral ST-T wave abnormality, unchanged from 9/2016.

| Date | FVC (%) | FEV-1 (%) | FEV1/FVC | TLC | $DL_{CO}$ | Comments |
|---|---|---|---|---|---|---|
| 9/20/11 | 2.27(72) | 1.73(74) | 76 |  | 52 |  |
| 3/14/17 | 2.18(71) | 1.71(77) | 78 | 86 | 42 |  |
| 12/31/18 | 64 | 70 | 79 | 84 | 49 |  |
| 6/14/21 | 2.01(68) | 1.56(74) | 78 | 93 | 51 |  |

**Radiology:**

| Study/ Location | Date | Findings |
|---|---|---|
| CXR | 2/12/10 | 1. The lungs are normal. No pneumothorax, pleural effusion, or consolidation. 2. Normal heart size. |
| CXR | 9/23/21 | Minimal bibasilar lung atelectasis with bilateral small pleural effusions compared to prior examination no significant change. |
| HRCT | 6/14/21 | 1.  Subtle diffuse heterogeneous attenuation with alternating subtle groundglass and normal lung parenchyma throughout the lungs raises the possibility of diffuse pneumonitis, and small vessel vasculitis. Abnormality is not consistent with aspiration. 2.  Unchanged moderate to marked diffuse fluid-filled esophageal dilatation with air-fluid level consistent with |

| | | |
|---|---|---|
| | | scleroderma.<br>3. Increased fusiform dilatation ascending thoracic aorta to 41 mm, reviously 36 mm on 6/22/2019. |
| CT without contrast (WBH) | 2/6/22 | 1. Nonspecific mediastinal lymph node.<br>2. Dilated debris-filled esophagus and distal obstruction cannot be entirely excluded.<br>3. Patchy right middle lobe and left lower lobe airspace opacities and recommend follow-up to resolution.<br>4. Mild compression deformity of the midthoracic spine and sclerotic lesion noted of the lower thoracic spine and recommend correlation with bone scan or MRI.<br>5. Left renal lesion likely representing a cyst incompletely evaluated on this study. |
| PE CT | 10/11/17 | No PE |
| PE CT | 6/22/19 | No PE. Similar appearance of lungs. Patulous debris filled esophagus. |
| V/Q scan | 6/29/16 | normal. No septal thickening, consolidation or honeycomb change.<br>Minimal bibasilar atelectasis.  Pulmonary nodules suspected infectious or inflammatory |
| Cardiac MRI | 10/12/17 | No definite or discrete right atrial thrombus or mass. |
| | | |

**Cardiac ischemia studies:**

| Test | Date | Results |
|---|---|---|
| Stress Beaumont | 2/20/18 | No evidence to suggest left ventricular scar of prior infarct or left ventricular stress-induced ischemia.<br>2. No abnormalities of wall motion or chamber size.<br>3. The LVEF is calculated to be 73%. |
| Stress | 09/11/2020 | LVEF 70. No evidence of regadenoson induced impairment in myocardial perfusion reserve. |
| Cath | | |

**Echocardiograms:**

| Date | TR | RVSP | TAPSE | RV Size/Function | RA Size/Function | LV | Comments |
|---|---|---|---|---|---|---|---|
| 10/31/12 | mild | 43 | | normal | normal | LVH, nl fn, DD1 | |
| 12/7/2015 | | 51 | | mild RVE/NL fxn | | LVH, nl fn, DD1 | Septal flattening |
| 3/14/17 | min | 45 | | RVH/NL | NL | EF 60/DD1 | |

|  |  |  |  |  | size and fxn | RA/LAE |  |  |
|---|---|---|---|---|---|---|---|---|
| 2/20/18 Beaumont | min |  |  |  | NL/NL | NL RA/NL LA | EF 60/DD1 |  |
| 2/27/18 | min | UTE (RA 5) | 15 |  | NL size/mild decr RVF | BAE | EF 70/DD1 | Focal density RA wall |
| 6/22/19 | min | UTE | 16 |  | NL/NL | NL/LAE | 65. DD1. LVH. | Mildly dilated ascending aorta. |
| 8/30/19 | Mild | 57+10 | 17 |  | Normal/normal | Normal/LAE | 64. Indeterminate diastolic function. | Mild AI. |
| 6/10/20 | min | 38+5 |  |  | Nl/nl | Mild RA/mod LAE | 70% | Mild AI, DD2 |
| 09/10/2020 | Trace | 18.5+3 |  |  | Normal/normal | Normal/normal | 65%. | Mild AI. Trace MR. |
| 5/14/21 | mild | 51+5 |  |  | Mild RVE, mild RV dys | Mod BAE | Mod cLVH, 75%, DD2 | Mild AI |
| 5/11/22 | min | 44+5 | 14 |  | Mild RVE/NL RVF | NLAR/mild LAE | EF 55/DD1 | Mild AI Mod PI |
| 3/1/23 | Min | UTE RA 5 |  |  | Upper NL RV size/NL RVF | RAE/marked LAE | EF 66/DD1/mod LVH | Mild AI/PI |

**Right Heart Catheterization:**

| Date/ Location | RA | PA s/d/m | PCWP | PVR (wood) | Cardiac Output (TD/F) | Cardiac Index (TD/F) | TPG | Sats | % O₂ During procedure | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/16 | 7 | 40/20/26 | 10 | 2.9 | 5.5/5.58 | 3.47/3.52 |  | 99/71 |  |  |
| 5/28/21 | 10 | 72/29/43 | 14 | 6.42 | 4.83/4.28 | 2.98/2.64 |  | 97/69 |  | With iNO, mPAP 33, PCWP 17, CO 4.85 PVR 3.3 |

**Six Minute Walk:**

| Date | Distance | O₂ | O₂ sat pre/post | Borg | Notes |
|---|---|---|---|---|---|

| Date | | | | | |
|---|---|---|---|---|---|
| 6/29/16 | 397.5/518 | RA | 99/99 | 0.5/4 | |
| 3/14/17 | 322/397 | RA | 98/95 | 1/3 | |
| 9/20/17 | 202/511 | RA | 98/96 | 1/4 | Limited by back pain |
| 2/27/18 | 390/506 | RA | 99/96 | .5/3 | |
| 5/30/18 | 367/504 | RA | 99/96 | 0/2 | Limited by feet pain |
| 8/29/19 | 367.5/488 | RA | 100/96 | 1/3 | |
| 12/10/19 | 411/487 | RA | 99/95 | 0/1 | |
| 6/10/20 | 404/485 | RA | 99/96 | 0/3 | |
| 2/4/21 | 381/435 | RA | 98/94 | 0/2 | |
| 5/14/21 | 402/459 | RA | 99/93 | 0.5/4 | |
| 12/22/21 | 422/465 | RA | 98/90 | 0/5.5 | |
| 5/11/22 | 418/461 | RA | 99/94 | 0/4 | |
| 8/31/22 | 396/457 | RA | 100/94 | 3/4 | |
| 3/1/23 | 381/464 | RA | 100/95 | 1/4 | |

**PH Medication History:**
**Sildenafil** started March of 2016 - unable to tolerate full dose due to GI upset and dizziness. As of 2/27/17, taking 20 mg daily. Plan to increase slowly to tid.
5/30/18 tolerating sildenafil 20/10/20
8/30/19: Sildenafil 20 mg tid (misses mid day dose occasionally). As of 5/11/22, taking sildenafil 20 mg 4 times daily (sometimes 40 mg dose at hs dose)
**Opsumit -** started in September of 2021 and stopped after a week due to severe chest pain, increase sob, and edema
**Ambrisentan** -January - February 2022 - intolerant to ambrisentan 5 mg due to symptomatic hypotension and CP (also in the setting of possible volume depletion)

**Current Medications:**
**Home Medications**

| Medication | Sig | Start Date | End Date | Taking? |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.25 mg tablet** | Take 0.25 mg by mouth two times daily as needed. | | | Yes |
| **amLODIPine (NORVASC) 10 mg tablet** | Take 10 mg by mouth once daily. | | | Yes |
| **aspirin 20.25 mg (1/4 81 mg)** | Chew 81 mg and swallow once daily. | | | Yes |
| **cholecalciferol (VITAMIN D3) 5,000 unit capsule** | Take 1,000 units by mouth once daily. | | | Yes |
| **famotidine 20 mg tablet** | Take 20 mg by mouth once daily. | | | Yes |
| **furosemide (LASIX) 20 mg tablet** | Take 1 tablet (20 mg) by mouth once daily as needed (Take only as needed for weight gain or swelling.). | 6/6/22 | | Yes |
| **levothyroxine (SYNTHROID) 75 mcg tablet** | Take 75 mcg by mouth once daily, 30 min prior to meal. | | | Yes |
| **lisinopriL 20 mg tablet** | Take 20 mg by mouth once daily. | | | Yes |
| **polyethylene glycol 3350 (MIRALAX) 17 g packet** | Mix contents of 1 packet (17 g) in water and then drink once daily as needed for constipation. | 4/15/20 | | Yes |
| **pregabalin (LYRICA) 100 mg capsule** | Take 100 mg by mouth every morning. | | | Yes |

| Medication | Instructions | Start | End | Taking |
|---|---|---|---|---|
| pregabalin (LYRICA) 75 mg capsule | Take 75 mg by mouth at bedtime. Indications: taking in PM | | | Yes |
| sildenafiL (REVATIO) 20 mg tablet | Take 2 tablets (40 mg) by mouth three times daily. Patient taking differently: Take 20 mg by mouth three times daily. Taking 4 times daily. Sometimes takes 40 mg dose at hs. | 2/14/22 | | Yes |
| simvastatin (ZOCOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | 11/2/15 | | Yes |
| zolpidem (AMBIEN) 10 mg tablet | Take 10 mg by mouth at bedtime as needed. | 11/30/15 | | Yes |
| pantoprazole (PROTONIX) 20 mg delayed release tablet | Take 1 tablet (20 mg) by mouth once daily, 30 min prior to meal. | 4/22/21 | 8/31/22 | |

**Medication Allergy:**
**Allergies**
Allergen                                                                Reactions
- Sulfa (Sulfonamide Antibiotics)                         Other (See Comments) and Edema
        *MSG causes hypertension*
- Topical Iodine                                                    Anaphylaxis
- Glutamic Acid                                                   GI Distress
- Penicillins                                                           GI Distress
- Seafood                                                              Edema
- Shellfish Containing Products                          Edema

**Physical Examination:**
BP 128/70  | Pulse 77  | Temp 36.3 °C (97.4 °F) (Skin)  | Ht 1.6 m (5' 3")  | Wt 59 kg (130 lb 1.6 oz)  | SpO2 100%
Comment: ra | BMI 23.05 kg/m²
<u>General</u>: Awake, alert and oriented x 3.
<u>HEENT</u>: JVP 7
<u>Chest</u>: No crackles, no wheezing.
<u>Heart</u>: No RV heave. Regular rate and rhythm. Normal S1, loud pulmonic component to the second heart sound, + I/VI TR.
<u>Extremities</u>: no lower extremity edema.
<u>Skin</u>: + telangiectasias, No ulcerations,  +sclerodactyly.

**Laboratory:**
**Results**

| Component | Value | Date |
|---|---|---|
| Sodium | 143 | 03/01/2023 |
| Potassium | 5.4 (H) | 03/01/2023 |
| Chloride | 110 (H) | 03/01/2023 |
| CO2 | 24 | 03/01/2023 |
| Urea Nitrogen | 20 | 03/01/2023 |
| Creatinine | 1.06 (H) | 03/01/2023 |
| Glucose | 98 | 03/01/2023 |
| Calcium | 9.4 | 03/01/2023 |

**Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.5 | 03/01/2023 |
| HGB | 11.6 (L) | 03/01/2023 |
| PLT | 219 | 03/01/2023 |
| RBC | 4.47 | 03/01/2023 |
| MCV | 85.9 | 03/01/2023 |
| MCH | 26.0 (L) | 03/01/2023 |
| MCHC | 30.2 (L) | 03/01/2023 |
| RDW | 15.9 (H) | 03/01/2023 |
| MPV | 10.4 | 03/01/2023 |

**Results**

| Component | Value | Date |
|---|---|---|
| Protein | 6.8 | 12/17/2022 |
| Albumin | 4.3 | 12/17/2022 |
| AST | 22 | 12/17/2022 |
| ALT | 14 | 12/17/2022 |
| Alkaline Phosphatase | 69 | 12/17/2022 |
| Bilirubin, Total | 0.2 | 12/17/2022 |

**Results**

| Component | Value | Date |
|---|---|---|
| PTT | 30.1 (H) | 11/16/2021 |
| INR | 1.0 | 11/16/2021 |

**Results**

| Component | Value | Date |
|---|---|---|
| B-Type Natriuretic Peptide | 132 (H) | 03/01/2023 |
| B-Type Natriuretic Peptide | 109 (H) | 12/17/2022 |
| B-Type Natriuretic Peptide | 117 (H) | 08/31/2022 |
| B-Type Natriuretic Peptide | 79 | 06/04/2022 |
| B-Type Natriuretic Peptide | 115 (H) | 05/11/2022 |

**CareEverywhere:**
**2/6/22:** BUN 48  Creat 1.63  Na 138  K 5.3  BNP 186
**2/9/22**  Hgb 9.8

| | Latest Reference Range & Units | 03/01/23 09:27 |
|---|---|---|
| TSH | 0.30 - 5.50 mIU/L | 2.60 |

| | Latest Reference Range & Units | 03/01/23 09:27 |
|---|---|---|
| Ferritin | 7.0 - 271.0 | **1,118.0 (H)** |

| | ng/mL | |

**(H)**: Data is abnormally high

**Risk Stratification:**

| Date | ESC/ERS 2015 | French Non-Invasive | French Invasive | REVEAL 2.0 |
|---|---|---|---|---|
| 5/14/21 | | 0 | | 8 |
| 12/22/21 | | 0 | | |

| REVEAL LITE 2 | 12/22/2021 | 5/12/2022 | 8/31/2022 | 3/1/2023 |
|---|---|---|---|---|
| **Functional Class** | +1 | 0 | 0 | +1 |
| **Systolic BP** | 0 | +1 | 0 | 0 |
| **Heart Rate** | 0 | 0 | 0 | 0 |
| **6 minute walk distance** | -1 | -1 | -1 | -1 |
| **BNP/NT Pro BNP** | 0 | 0 | 0 | 0 |
| **eGFR** | 0 | +1 | 0 | +1 |
| **Total score** | 6 | 7 | 5 | 7 |

Low ≤ 5
Intermediate 6-7
High ≥ 8

| 4-STRATA Risk | 5/12/2022 | 8/31/2022 | 3/1/2023 |
|---|---|---|---|
| **WHO Functional Class** | +1 | +1 | +3 |
| **6 minute walk distance** | +2 | +2 | +2 |
| **BNP/NT Pro BNP** | +2 | +2 | +2 |
| **4-STRATA Risk Score** | 1.67 | 1.67 | 2.33 |

Low < 1.5
Intermediate-Low 1.5 – 2.49
Intermediate-High 2.5 – 3.49
High ≥ 3.5

REVEAL Lite 2 Risk Score and Four Strata Risk Score are calculators for patients with PAH. The treatment goal is to achieve low risk status. A PAH risk score may provide information on how well a patient may do within the next year.

*This letter was initially viewed by Pat G Jones at 9/15/2023 8:27 PM.*