# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,             Hon. Jonathan J.C. Grey

v.

PATRICIA JONES,             Case No. 23-cr-20416-1

                Defendant.

_____/

## ORDER TO SEAL

Due to the inclusion of protected personal information, **IT IS HEREBY ORDERED** that the judgment (ECF No. 19) shall be filed under seal.

**SO ORDERED.**

Dated: April 15, 2026           **s/ Jonathan J.C. Grey**
                                   Jonathan J.C. Grey
                                   United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 15, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager